NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-596

BONITA IHLI

VERSUS

TOBY IHLI

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 95-52
HONORABLE LILYNN ANNETTE CUTRER, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

James Wade Smith
Attorney at Law
P. O. Box 1706
Lake Charles, LA 70602
(337) 436-8424
Counsel for Defendant-Appellant:
Toby Ihli

William J. Cutrera
Attorney at Law
910 Ford St.
Lake Charles, LA 70602-3273
(337) 433-1414
Counsel for Plaintiff-Appellee:
Bonita Ihli

**Stephanie Landry Cochran**
**Attorney at Law**
**1417 Gadwall Street**
**Lake Charles, LA 70616**
**(337) 491-2111**
**Counsel for Plaintiff-Appellee:**
**State of Louisiana,Dept. of Social Services**

**Toby Ihli**
**In Proper Person**
**410 Edgar**
**Sulphur, LA 70663**
**(337) 527-1063**
**Counsel for Defendant-Appellant:**
**Toby Ihli**